Scott T. Bailey, OSB #090841
1932 Pine Street
P.O. Box B
Florence, OR 97439
Phone: (541) 902-2000
FAX: (541) 997-5294
Email: scott@stblawyer.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CAROLYN A. GILLET,**                   Case No. 6:16-cv-02296-AA

Plaintiff,

vs.                                                                 ORDER

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**

Defendant.

Attorney fees in the amount of $5,580.51, representing $5,558.43 in fees and $22.08 in expenses, are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Scott T. Bailey's address: P.O. Box B, Florence, Oregon, 97439. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Scott T. Bailey's name if no debt subject to offset exists.

DATED this 14 day of February, 2018.

_____
United States District Court Judge

Submitted on February 14, 2018 by:
s/ Scott T. Bailey
SCOTT T. BAILEY, OSB # 090841
(541) 902-2000

ORDER – Page 1